AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 1 2 2026
ARTHUR JOHNSTON
B. _____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Stephen Spencer Pittman | ) Case No. 3:26-mj-506-ASH |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 10, 2026__ in the county of __Hinds__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Arson of property used in interstate commerce or used in an activity affecting interstate commerce. |

This criminal complaint is based on these facts:

See Affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Nicholas Amiano, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/12/2026

_____
*Judge's signature*

City and state: Jackson, MS

U.S. Magistrate Judge Andrew S. Harris
*Printed name and title*