UNITED STATES DISTRICT COURT
Southern District of Mississippi
Northern Division

Initial Appearance

United States of America

v.

Stephen Spencer Pittman

Magistrate No.: 3:26-mj-506-ASH

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 12 2026
ARTHUR JOHNSTON
BY_____ DEPUTY

FILED
JAN 1 2 2026
ARTHUR JOHNSTON
BY_____ DEPUTY

## CONSENT TO PROCEED BY VIDEOCONFERENCE

I understand that Rule 43 of the Federal Rules of Criminal Procedure requires me to be present at certain proceedings relating to my criminal case.

I hereby waive my right to appear in person and consent to proceed with my initial appearance via videoconference. I acknowledge that during the hearing, all communications with the court, including the presentation of documents and evidence, will be conducted by video. Except as otherwise provided, I will be in a different physical location than the presiding judge, witnesses, or other parties to the hearing, and the interpreter, if applicable.

I affirm that I am consenting to a videoconference knowingly, freely, and voluntarily, and not because of force, threat, or coercion. I have neither been offered nor promised anything in exchange for my request. It is my intent that these proceedings be considered valid and as if I had been physically present in court.

I hereby confirm that I have discussed with my attorney my right to be present in person, and I am knowingly and voluntarily electing to proceed with the hearing via videoconference. I also waive my right to raise on appeal, in any post-conviction proceeding or otherwise, any claims based on my right to be physically present at this hearing or any other claim related to the videoconferencing format of this hearing.

Date: January 12, 2026

_____
Andrew S. Harris
United States Magistrate Judge

_____
Stephen Spencer Pittman
Defendant

_____
INTERPRETER (if applicable)

_____
Federal Public Defender
Attorney for Defendant