AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED
      JAN 1 2 2026
      ARTHUR JOHNSTON
BY _____ DEPUTY
```

| | |
|---|---|
| United States of America<br>v.<br>Stephen Spencer Pittman<br><br>_____<br>*Defendant* | )<br>)  Case No. 3:26-mj-506-ASH<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Stephen Spencer Pittman                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i), arson of property used in interstate commerce or used in an activity affecting interstate commerce.


Date:   1/12/2026                                           _____
                                                                    *Issuing officer's signature*

City and state:   Jackson, MS                        U.S. Magistrate Judge Andrew S. Harris
                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)*   1/12/2026   , and the person was arrested on *(date)*   1/12/2026
at *(city and state)*   Jackson, MS   .

Date:   1/12/2026                                           _____
                                                                    *Arresting officer's signature*

                                                                    Nick Amiano   Special Agent
                                                                    *Printed name and title*